ANNA LIPTAK, APPELLANT-PETITIONER, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL, RESPONDENT-RESPONDENT.

See same case below: 44 *N. J. Super.* 140.

*Mr. Charles Bertini* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. Samuel B. Helfand* for the respondent.

May 6, 1957.   Denied.

BOROUGH OF SAYREVILLE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-PETITIONER.

See same case below: 44 *N. J. Super.* 172.

*Messrs. Strong & Strong* for the petitioner.

*Mr. Joseph T. Karcher, Mr. John E. Mullane* and *Mr. Samuel V. Convery* for the respondents.

May 6, 1957.   Granted.